DAVID M. MICHAEL, CSBN 74031
MICHAEL & BURCH LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:       david@michaelburchlaw.com

Attorney for Defendant
EVGENI KOPANKOV

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>EVGENI KOPANKOV,<br><br>             Defendant.<br>_____/ | No. 19-CR-00178 VC<br><br>**DECLARATION OF COUNSEL RE HEARINGON CONDITIONS OF RELEASE.**<br><br>Date:  May 13, 2021<br>Time:  9:30 a.m.<br>Dept. Magistrate Court |

**I, David Michael, declare as follows:**

1. I am counsel for Defendant EVGENI KOPANKOV in the above matter.

2. I make this Declaration in regards to issues that may arise in the upcoming hearing of May 13, 2021 as to any clarification of this Court's prior order of October 15, 2020 regarding Mr.Kopankov's conditions of release.

3. It was the undersigned counsel's understanding that this Court, due to the trucking business of Mr, Kopankov, which regularly took him out of the state of Illinois as part of that business, was allowed to make such travel outside of the state of Illinois so long as Pretrial Services in Chicago was notified of such travel.

4. On or about February 19, 2021, Mr, Kopankov prepared for and did travel to the state of Washington and California on business.  He was preparing a vehicle for sale and had

      transported that vehicle initially by truck.  When he removed the vehicle from the transport truck and was driving it to a dealer for repair, he was stopped by law enforcement and his ID and the vehicle registration were checked.  No citation was issued to Mr, Kopankov.

5. Following that encounter with law enforcement in California, Mr. Kopankov and his wife, Maria, had a three-way conversation with Pretrial Services Officer Heather Mulry in Chicago.  No further action or requirement was made or requested by Pretrial Services in Chicago following that report.

6. At all times, Mr. Kopankov and his wife Maria Zeliamova were in contact with Pretrial Services in Chicago regarding Mr. Kopankov's travels outside of the state of Illinois.

7. Below are the email communications between Ms. Zekiamova and Pretrial Services regarding the exact incident this Court is asked to consider at this hearing:

From: **Maria Zeliamova** <mariajj11@gmail.com>

Date: Fri, Feb 19, 2021 at 6:28 PM

Subject: Re: Automatic reply: New password - ERS

To: Heather Mulry <Heather_Mulry@ilnpt.uscourts.gov>

Hi Miss Heather,

Evgeni will be leaving back to Seattle tomorrow.

Thank you have a great weekend and stay safe and warm!

Best Regards,

Maria!

Sent from my iPhone

On Feb 19, 2021, at 4:22 PM, Heather Mulry <Heather_Mulry@ilnpt.uscourts.gov> wrote:

Thank you Maria, have a great weekend!

**From:** Maria Zeliamova <mariajj11@gmail.com>
**Sent:** Monday, February 15, 2021 9:14 PM
**To:** Heather Mulry <Heather_Mulry@ilnpt.uscourts.gov>
**Subject:** Re: Automatic reply: New password - ERS

Hi Miss Heather,

I just wanted to update you that Evgeni will fly home from Seattle on Wednesday the 17th. I hope you are staying warm!

Best Regards,

Maria!

Sent from my iPhone

On Feb 12, 2021, at 12:35 PM, Heather Mulry <Heather_Mulry@ilnpt.uscourts.gov> wrote:

Thank you Maria, for the monthly check-in and employment verification. Have a great weekend and stay warm!

**From:** Maria Zeliamova <mariajj11@gmail.com>
**Sent:** Friday, February 12, 2021 12:31 PM
**To:** Heather Mulry <Heather_Mulry@ilnpt.uscourts.gov>

   I declare, under penalty of perjury, that the foregoing is true and correct and that this Declaration was executed on May 13 2021 at San Francisco, CA.

                              *s/David M. Michael*_____
                              DAVID M. MICHAEL
                              Attorney for Defendant EVGENI KOPANKOV

### **CERTIFICATE OF ELECTRONIC SERVICE**

   I hereby certify that, on May 13, 2021, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              *s/David M.Michael*_____
                              DAVID M. MICHAEL
                              Attorney for Defendant EVGENI KOPANKOV