JAMES A. BUSTAMANTE
1000 Brannan Street, Suite 488
San Francisco, California 94103
415/ 394-3800 | 415/ 522-1506
james@jacksonsquarelaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>EVGENI KOPANKOV AND EMANOEL BORISOV,<br><br>                    Defendant | Case No.: 19-CR-178-VC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING AS MODIFIED |

THE PARTIES HEREBY STIPULATE AND AGREE TO continue the sentencing hearing

originally scheduled for September 27, 2021 to December 13, 2021 at 1 PM.  Counsel for Kopankov and

Borisov both request that sentencing be continued so there is more time to prepare and provide mitigation

materials to the Government and the Court.

Pretrial Service Officers Bradley Wilson and Jessica Portillo have no objections to this request.

SO STIPULATED.

Dated this 1st day of September 2021.

_____
JAMES A. BUSTAMANTE
Attorney for Defendant, Emanoel Borisov
Dated: September 1, 2021

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING - 1

/s/ David Michael

DAVID MICHAEL
Attorney for Defendant, Evgeni Kopankov
Dated: September 1, 2021

/s/ Christina Liu

CHRISTINA LIU
U.S. Attorney's Office
Dated: September 1, 2021

/s/ Aseem Padukone

ASEEM PADUKONE
U.S. Attorney's Office
Dated: September 1, 2021

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING - 2

1    [~~PROPOSED~~ ORDER]

2    IT IS HEREBY ORDERED that the defendants Evengi Kopankov and Emanoel Borisov's sentencing

3    hearing be continued to December 13, 2021 at 1 PM.

4    The Court does not anticipate granting any further continuances.

5

6

7                    IT IS SO ORDERED.

8                    Dated:    September 3, 2021

9                                                          IT IS SO ORDERED
                                                           AS MODIFIED

                                                           Judge Vince Chhabria

                                                           HON. JUDGE VINCE CHHABRIA

10                                                         United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING - 3