DAVID M. MICHAEL, CSBN 74031
MICHAEL & BURCH LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (415) 946-8837
E-mail:        david@michaelburchlaw.com

Attorney for Defendant
EVGENI KOPANKOV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-00178 VC |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISCHARGE RETAINED COUNSEL RE: VALUATION OF VEHICLES. |
| v. | |
| EVGENI KOPANKOV, | |
| Defendant. | |

I, David Michael, declare as follows:

Although Mr.. Kopanko has moved that I be discharged as his counsel. District Judge Chhabria has granted that motion subject to a showing of indigency. I am assisting Mr. Kopankov in that proceeding.

At the hearing on August 10, 2022, before Magistrate Judge Sallie Kim, the Court inquired regarding the present value of a number of new vehicles purchased in 2022 by Mr. Kopankov under the car sharing program of Tora.com. Specifically, the Court inquired if the vehicles might have a present value greater than the price that Mr. Kopankov actually contracted for the purchase of the vehicles or the amounts he presently owed for the vehicles.

After some research, all experts in the field seem to universally agree that a new car's value significantly decreases in the first year after sale. This court has asked for a confirmation of that as to the six vehicles that Mr. Kopankov purchased under the car sharing program of Toro.com. This research was done in two ways.

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISCHARGE RETAINED COUNSEL RE: VALLUATION OF VEHICLES.
CASE NO. 19-CR-00178 VC

1

1    First, the undisputed general opinion in the vehicle sale community confirms that a vehicle loses a significant value in the first year after purchase. See, https://www.lendingtree.com/auto/how-much-do-new-cars-depreciate. ("Cars lose the most value in the first year, and depreciation continues for about five years. A car can lose up to 20% of its value in the first year, and over the first five years fall to around 40% from the original price"). See, also, https://trafficautodriving.com/how-much-does-new-car-depreciate-after-buying-it. ("New cars depreciate faster than used cars, with the value of a new car typically dropping by over 20% after the first year ownership then continuing to depreciate by 10% or so each year after that. After five years, your car could be worth roughly half of what you initially paid for it.").

Simply based on the above, there is no basis to believe that the vehicles purchased by Mr. Kopankov could possibly have a value greater than the amount for which he purchased the vehicles. That possibility would violate simple economics related to newly purchased vehicles.

In addition, and as to the specific vehicles owned by Mr, Kopankov under the car sharing program of Toro.com, those decreased values are also conformed by way of research through the official Kelly Blue Book website.[1] Those Kelly Blue Book valuations are attached hereto as **Exhibit A**:

MERCEDES BENZ GLE 2022;
Amount Owed $71,000.
Present Trade In Value: $60,072 (9,000 miles)

FORD F150 2019
Amount Owed: $47,000
Present Trade In Value: $36,127 (66,000 miles)
Note:  Vehicle stolen and Lien Holder Notified
//
//

---

[1] Kelly Blue Book (KBB), founded in 1926, is an Irvine, California-based vehicle valuation and automotive research company that is recognized by both consumers and the automotive industry. The company is owned by the Cox Automotive subsidiary of Cox Enterprises. Wikipedia

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISCHARGE RETAINED COUNSEL RE: VALLUATION OF VEHICLES.
CASE NO. 19-CR-00178 VC

2

PORSCHE MACAN  Sports Utility 2021
Amount Owed: $54,000
Present Trade In Value:  Information Unavilable

TOYOTA TUNDRA 2022
Amount Owed: $88,084
Present Trade In Value: $56,789 (2,000 miles)

VOLKSWAGEN ATLAS CROSS SPORT 2022
Amount Owed: $67,091
Present Trade In Value: $45,537 (6,000 miles)

POLARIS SLINGSHOT 2022
Amount Owed:  $37,000
Present Trade In Value:   Unknown

     I declare under penalty of perjury that the foregoing is true and correct.


Dated:  August 16, 2022

                                        *s/David M.Michael*_____
                                        DAVID M. MICHAEL

                                        Attorney for Defendant
                                        EVGENI KOPANKOV

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISCHARGE RETAINED COUNSEL RE: VALLUATION OF VEHICLES.
CASE NO. 19-CR-00178 VC

3

# EXHIBIT A



















## 2022 Mercedes-Benz GLE
### GLE 350 4MATIC Sport Utility 4D
VIN: **4JGFB4KB3NA625113**

Mileage: **9,000** ✏️    **Edit Options**

**Review this car**

 **Can You Save on Car Insurance?**
Compare rates on KBB.com 

 **Repair Estimator: See Pricing**
What's a fair price? 

 **Compare Your Values**

Use these values to help make a confident decision on whether to sell, trade or donate your car.

 Cash Offer    **Trade-in**    Private Pa 

Trade-in Range
**$58,375 - $62,020**
Trade-in Value
$60,072



**CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that, on August 15, 2022, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      *s/David M.Michael*_____
      DAVID M. MICHAEL

      Attorney for Defendant
      EVGENI KOPANKOV

Case 3:19-cr-00178-VC   Document 210   Filed 08/15/22   Page 14 of 14