JODI LINKER
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
JOHN PAUL REICHMUTH
LISA MA
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Gabriela_Bischof@fd.org

Counsel for Defendant Kopankov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVGENI KOPANKOV,<br><br>Defendant. | **Case No.:** CR 19–178 JSC<br><br>**PARTIES' JOINT PROPOSED STATEMENT OF THE OFFENSE**<br><br>**Court:**          Courtroom F, 15th  Floor<br>**Hearing Date:**  May 15, 2023<br>**Hearing Time:**  8:30 p.m. |

Pursuant to the Court's instructions at the second pretrial conference on May 10, 2023, attorneys for the government and the defense have met and conferred and jointly submit the following proposed statement of the offense:

> This case involves allegations of a conspiracy to kidnap and rob a man of proceeds of marijuana growing.  Mr. Kopankov is charged with being part of the conspiracy, or agreement.  He is presumed not guilty and may not be found guilty unless the government proves his guilt beyond a reasonable doubt and twelve jurors unanimously agree that all of the elements of the offense have been proven beyond a reasonable doubt.

Dated:      May 11, 2023                      Respectfully submitted,

                                             JODI LINKER
                                             Federal Public Defender
                                             Northern District of California

                                                       /S
                                             GABRIELA BISCHOF
                                             JOHN PAUL REICHMUTH
                                             LISA MA
                                             Assistant Federal Public Defenders