

## UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** May 19, 2023     **Time:** 1:06

**Judge:** Jacqueline Scott Corley

**Case Number:** 19-cr-00178-JSC-1

**Case Name:** United States of America v. Evgeni Kopankov
[x] Present   [ ] Not Present   [ ] In-Custody & Remanded

**Attorneys for United States of America:** Kevin Yeh/Joseph Tartakovsky
**Attorneys for Defendant:** Gabriela Bischof/John Paul Reichmuth

**Bulgarian Interpreters:** Irena Alexandrova and Masha Entchevitch

**Deputy Clerk:** Ada Means     **Court Reporter:** Debra Pas

### PROCEEDINGS

Jury trial/charging conference (Day 5) held. Court and counsel confer re: Ristik's testimony and jury instructions. The parties to submit supplemental briefing on jury instructions. The government's motion to seal docket no. 299 (Response to Defense Henthorn Proffer) is granted. The matter is continued to May 22, 2023 at 8:00 a.m. for further jury trial.