UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00178-JSC-1 |
| Plaintiff, | |
| v. | **JUDGMENT OF ACQUITTAL** |
| EVGENI KOPANKOV, | |
| Defendant. | |

On May 22, 2023, a jury acquitted defendant Evgeni Kopankov on all counts.  (Dkt. No. 344.)  Judgment is entered for Kopankov on all counts.  The Court now orders Kopankov acquitted and exonerated of all bonds.

**IT IS SO ORDERED.**

Dated: May 24, 2023

JACQUELINE SCOTT CORLEY
United States District Judge